

Matthew J. Oppenheim
4400 Jenifer Street, NW, Suite 250
Washington, DC 20015
202.450.3958 | 866.766.1678 (fax)
Matt@oandzlaw.com

January 27, 2014

*Via Hand Delivery*

Clerk's Office
US District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

Re: **Application for DMCA Subpoena**

Dear Sir or Madam:

On behalf of my client, The Software and Information Industry Association, (hereinafter "SIIA"), I respectfully request that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h).

By way of background, Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. §512(h)(1). For a subpoena to be issued, Section 512(h) requires that a copyright owner file the following with the Clerk:

1. A copy of the notification required by Section 512(c)(3)(A);

2. A proposed subpoena; and

3. A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

Accordingly, attached for filing with the Clerk is SIIA's notification pursuant to Section 512(c)(3)(A), a proposed subpoena and a sworn declaration. As SIIA has complied with the requirements of the statute, they ask that the Clerk expeditiously

Letter to Clerk's Office
January 27, 2014 Page
2 of 2

issue and sign the proposed subpoena and return it to undersigned counsel for service.

Thank you for your cooperation and prompt response in this matter. If you have any questions, I am reachable as noted above.

Sincerely,

Matthew J. Oppenheim